3/22/21

CS

*Name:* _____

*Address:* _____

_____

*Phone:* _____

Plaintiff In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CV21-2515-SVW(JPRx)

Breanna Franklin _____ ,

**PLAINTIFF,**

vs.

CA CORRECTIONAL HEALTH CARE SERVICES

_____

_____

_____

_____

**DEFENDANT(S).**

**Case No.:** 555201901376C
(To be supplied by the Clerk)

**COMPLAINT FOR:**

Violation of Title VII of the Civil Rigths Acts of 1964

_____

_____

_____

**Jury Trial Demanded**

## I. JURISDICTION

1. This Court has jurisdiction under _____

_____

_____

_____

_____

_____

_____

Pro Se Clinic Form

*Page Number*

## II. VENUE

2. Venue is proper pursuant to _____

_____

_____

_____

## III. PARTIES

3. Plaintiff's name is _____ Breanna Franklin _____. Plaintiff resides at: _____ Breanna Franklin, 2860 S Rimpau Blvd, Los Angeles, CA 90016 _____

_____

_____

_____

4. Defendant _____ CA CORRECTIONAL HEALTH CARE SERVICES _____

_____

_____

_____

_____

5. Defendant _____

_____

_____

_____

Pro Se Clinic Form                    Page Number

___. Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

___. Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

___. Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

___. Defendant _____

*Insert ¶ #*

_____

_____

_____

_____

Pro Se Clinic Form                    *Page Number*

## IV. STATEMENT OF FACTS

*Insert* ¶ #    Plaintiff, Breanna Franklin is suing defendant CA correctional Health care services for sex discriminination in relation to pregnancy.

*Insert* ¶ #

*Insert* ¶ #

Pro Se Clinic Form    *Page Number*

*Insert ¶ #*

*Insert ¶ #*

*Insert ¶ #*

Pro Se Clinic Form

*Page Number*

## V. CAUSES OF ACTION

### FIRST CAUSE OF ACTION

( Sex Discrimination )

*insert title of cause of action*

**(As against Defendant(s):** CA CORRECTIONAL HEALTH CARE SERVICES

*Insert ¶ #* Plaintiff is suing defendant because of mental and financial distress due to unjust termination of job while pregnant. Plaintiff was offered job position at CA correctional health care services. when plaintiff went in for background check they were asked how many months pregnant they were and when their baby was due. Plaintiff responded, I rather not say so that I do not lose my job. Defendant said, we can't do that it will be illegal. The Plaintiff responded, even if I have my baby I will still be able to work. A few days later Plaintiff received email that the defendant will no longer be considering them for the job

*Insert ¶ #* Plaintiff asked the defendant why she won't be allow to work there but received a response from the defendant.

*Insert ¶ #*

Pro Se Clinic Form

*Page Number*

## SECOND CAUSE OF ACTION

( _____ )

*insert title of cause of action*

**(As against Defendant(s):** _____

_____ )

_Insert ¶ #_

_Insert ¶ #_

_Insert ¶ #_

Pro Se Clinic Form

*Page Number*

## THIRD CAUSE OF ACTION

(_____)

*insert title of cause of action*

(As against Defendant(s): _____

_____)

Insert ¶ #

Insert ¶ #

Insert ¶ #

## FOURTH CAUSE OF ACTION

(_____)

*insert title of cause of action*

**(As against Defendant(s):** _____

_____)

_Insert_ ¶ #

_Insert_ ¶ #

_Insert_ ¶ #

Pro Se Clinic Form                    *Page Number*

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

_Insert ¶ #_   $70,000,000

_Insert ¶ #_

_Insert ¶ #_

_Insert ¶ #_

Pro Se Clinic Form                                    *Page Number*

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby requests a jury trial on all issues raised in this complaint.


Dated: _____


*Sign:* _____

*Print Name:* _____

Plaintiff in pro per